IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLETUS SCHRAM,
*Special Administrator of the Estate of Elsie Schram, deceased*,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
JULIE ADKINS, NP by ZACK ADKINS,
*Personal Representative of Julie Adkins, deceased*; and ADKINS FAMLY PRACTICE, LLC,

        Defendants.

Case No. 22-cv-2773 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/14/2024**        MONICA A. STUMP, Clerk of Court

                                          s/ Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**